```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
                         MINUTES OF PROCEEDINGS


NEWARK                                       DATE: 17 April 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 2:12cr263-1

U.S.A.  v.  Stephen E. Hruby

Appearances:

AUSA    Debra Brookes & Ludovic C. Ghesquiere
D       Paul Summit for Andrew Solomon

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 30 July 2012 at 10
ORDERED bail set at $100,000.00 PR Bond
bond signed in courtroom


Time Commenced___10_____
Time Adjourned___10:30____



cc: chambers                              Scott P. Creegan
                                          Deputy Clerk
```