UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:12 cr 263-1 |
| v. | |
| STEPHEN E. HRUBY, | |
| Defendant. | |

### ~~[PROPOSED]~~ ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the crime victims.

**IT IS SO ORDERED.**

**DATED** this 17th day of April, 2012.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE